UNITED STATES of America,
Plaintiff–Appellee,

v.

Larry COPELAND, Defendant–
Appellant.

No. 08–16083
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 23, 2009.

Larry Copeland, Jesup, GA, pro se.

Before BLACK, BARKETT and KRAVITCH, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Larry Copeland in this appeal of the denial of a motion for a reduced sentence, 18 U.S.C. § 3282(c)(2), has moved to withdraw from further representation of the appellant, because, in her opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of Copeland's 18 U.S.C. § 3582 motion is **AFFIRMED.**